**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CRIMSON 1031 PORTFOLIO, LLC,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00301-AGM-PRL**

**SOUTHEASTERN GROCERS, LLC,**

**Defendant,**
___________________________________/

# ORDER

This matter is before the Court on the parties' joint motion to extend the deadline for moving to amend the pleadings. (Doc. 31). On May 28, 2026, the Court entered its written Order granting in part and denying in part Plaintiff's emergency motion for temporary restraining order and preliminary injunction (the "Injunction Order). (Doc. 15). On June 30, 2026, Defendant filed its motion to clarify or modify the Injunction Order (Doc. 22), which remains pending. The parties agree that the Court's ultimate ruling on the motion may impact whether either party seeks to amend its pleadings in this case. Accordingly, they request that the deadline to move for amendment be extended until fourteen days after the Court has ruled on the motion to clarify or modify the injunction order.

Upon due consideration, the parties' joint motion (Doc. 31) is **granted**. The deadline for moving to amend the pleadings is extended until **fourteen days** following the date of the Court's ruling on Defendant's motion to clarify or modify. (Doc. 22). All other deadlines established by the Case Management and Scheduling Order (Doc. 29) remain in full force and effect.

DONE and ORDERED in Ocala, Florida on October 2, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party